**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

Antoine J Lee whitney
_____
(Enter Above the Name of the Plaintiff in this Action)

vs.

ESA Juites, ETL ~~Thamata Taylor~~
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

~~Tamato Taylor~~
_____
~~Darth Crooley~~
_____
_____
_____

**RECEIVED**

JUN 1 7 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

Antoine J Lee whitney
_____
Name - Full Name Please - PRINT
1738 North cut
_____
Street Address
ConConnati - Ohio 45237
_____
City, State and Zip Code
513-351-1169
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _ESA SuiTes_

Name - Full Name Please

_320 Glenspringe drive  Springdale Ohio 45245_

Address: Street, City, State and Zip Code

2. _Tamla Taylor  ⟩  320 Glenspring drive Springdale Ohio 45245_

3. _DARYL CHOLEY_

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

[X]  Title 28 U.S.C. § 1343(3)
     [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐  Title _____ United States Code, Section _____
    [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Plaintiff Is suesing ESA suites For Negligence. also for allowing Three crimel Employees To Run The hotel Location at 320 glensprings drive ESA Refused To Investigate Any Of The plaintiff claims - They never Returned any phones - Every case was closed And Although the complaints Was Against TAMA TAYOR cooperate woule referred all The complaints back To ms TAYLOR who would note false Statents - Admissible evidens e-mails from ESA suites claim department It was note That They was going To be out of the office until may - please note May Is already passed These actions Allowed Tamla Tayor, Carmen And DARYL chroley To breach The law - The plaintiff Is out of over $4,000 And now homeless. There have been several call Made about All The Incidents Please see The police Reports All The cases where closed.

IV. **Previous lawsuits:**

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| <u>Case Number</u> | <u>Caption</u> |
|---|---|
| 4 | C ant render / vs. |
| | vs. |
| | vs. |

V. **Relief**

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

I would like ESA Suites
To pay $50.000

I state under penalty of perjury that the foregoing is true and correct. Executed on
this _17_ day of ___June___, 20_22_

Signature of Plaintiff

-4-

**Office 0125**

| | |
|---|---|
| **From:** | Whitney Lee <whitneylee480@gmail.com> |
| **Sent:** | Thursday, June 16, 2022 10:53 AM |
| **To:** | Office 0125 |
| **Subject:** | [EXTERNAL] Fwd: Automatic reply: ESH claim 10557477 |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

---------- Forwarded message ---------
From: **Kelli Souza** <Kelli_Souza_Sompo-intl@gbtpa.com>
Date: Mon, Jun 13, 2022, 10:43 AM
Subject: Automatic reply: ESH claim 10557477
To: Whitney Lee <whitneylee480@gmail.com>

Please be advised I have left the office for the day and I will be out of the office on Monday, June 13, 2022. I will respond to all emails when I return to the office on Tuesday, May 31, 2022. If you require immediate assistance please contact Katie O'Connor Claim Team Lead email: Katie_OConnor_Sompo-Intl@gbtpa.com

Direct tel: 717- 918-6723

Addissible Evindence
READ The E-Maill I reTurn To The
Office of Tuesday. M.31.2022
They Havent been In Contact with
Me since So This Shoes
The Extended STay America isn't
TAkeing my Claim Serous

1

**Office 0125**

| | |
|---|---|
| **From:** | Whitney Lee <whitneylee480@gmail.com> |
| **Sent:** | Thursday, June 16, 2022 10:59 AM |
| **To:** | Office 0125 |
| **Subject:** | [EXTERNAL] Fwd: ESH claim 10557477 |
| **Attachments:** | IMG_20220507_165404.jpg; IMG_20220423_194936.jpg; IMG_20220507_164738.jpg; IMG_20220430_121855.jpg; IMG_20220503_172407.jpg |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

---------- Forwarded message ---------
From: **Whitney Lee** <whitneylee480@gmail.com>
Date: Wed, Jun 8, 2022, 11:17 PM
Subject: Re: ESH claim 10557477
To: Kelli Souza <Kelli_Souza_Sompo-intl@gbtpa.com>

Thank you so much iam working on getting everything together for you

On Wed, Jun 8, 2022, 1:11 PM Kelli Souza <Kelli_Souza_Sompo-intl@gbtpa.com> wrote:

Hello Whitney,


Thank you for speaking to me today.  When you have a minute can you please send me the videos/pictures you have with the wigs from the hotel as well as a copy of the police report.


Thank you,

*Adissible Evindence*
*I sent pics. video And*
*police report*

Kelli Souza

Senior Resolution Specialist

Sompo Global Risk Solutions Adjusting Unit

(Powered by Gallagher Bassett)

Direct Tel:  614-344-7822

Fax:  (866) 947-1032

1

*Admissible Evidence*

| | |
|---|---|
| **From:** | Whitney Lee |
| **To:** | Office 0125 |
| **Subject:** | [EXTERNAL] Fwd: ESH claim 10557477 |
| **Date:** | Thursday, June 16, 2022 10:58:04 AM |

---

> **Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin**

---------- Forwarded message ---------
From: **Kelli Souza** <Kelli_Souza_Sompo-intl@gbtpa.com>
Date: Wed, Jun 8, 2022, 1:11 PM
Subject: ESH claim 10557477
To: whitneylee480@gmail.com <whitneylee480@gmail.com>

Hello Whitney,

Thank you for speaking to me today. When you have a minute can you please send me the videos/pictures you have with the wigs from the hotel as well as a copy of the police report.

Thank you,



Kelli Souza

Senior Resolution Specialist

Sompo Global Risk Solutions Adjusting Unit

(Powered by Gallagher Bassett)

Direct Tel: 614-344-7822

Fax: (866) 947-1032

PO Box 2971 Clinton, IA 52733-2971

Email: Kelli_Souza_Sompo-Intl@gbtpa.com

**Alternate point of contact:** Katie O'Connor Claim Team Lead email: Katie_OConnor_Sompo-Intl@gbtpa.com

## Office 0125

| | |
|---|---|
| **From:** | Whitney Lee <whitneylee480@gmail.com> |
| **Sent:** | Thursday, June 16, 2022 10:58 AM |
| **To:** | Office 0125 |
| **Subject:** | [EXTERNAL] Fwd: ESH claim 10557477 |
| **Attachments:** | IMG_20220507_165404.jpg; IMG_20220423_194936.jpg; IMG_20220507_164738.jpg; IMG_20220430_121855.jpg; IMG_20220503_172407.jpg |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

---------- Forwarded message ---------
From: **Whitney Lee** <whitneylee480@gmail.com>
Date: Wed, Jun 8, 2022, 11:17 PM
Subject: Re: ESH claim 10557477
To: Kelli Souza <Kelli_Souza_Sompo-intl@gbtpa.com>

*Adissible Evidence*

Thank you so much iam working on getting everything together for you

On Wed, Jun 8, 2022, 1:11 PM Kelli Souza <Kelli_Souza_Sompo-intl@gbtpa.com> wrote:

Hello Whitney,


Thank you for speaking to me today.  When you have a minute can you please send me the videos/pictures you have with the wigs from the hotel as well as a copy of the police report.


Thank you,



Kelli Souza

Senior Resolution Specialist

Sompo Global Risk Solutions Adjusting Unit

(Powered by Gallagher Bassett)

Direct Tel:  614-344-7822

Fax:  (866) 947-1032

1

① RE: LAW SUIT FILED

C.C. Antoine S lee (Whitney)    Admissible Evidence

A Federal Lawsuit Have been Filed on Two
Employees. That Works at ESA 320 Glenspring Drive
Springdale, ohio, 45246. TAMLa TAYOR who Is
the hotel Manger Also DARYL CROLey who Is a
Team meber also. ESA also been Sued, please Note
This Is a True Statement with Facts of This
Case Included. Antoine S. lee Is a Transgender
Woman That goes by the Name of whitney.
Ms. Lee arrived at The ESA springdale Location
on May 29. 2022. The Salvation Army paid For
Ms. lee First Two weeks at ESA. Ms. Lee Was
placed in Room 128. During her First week at
the hotel she met Tamala Taylor and DARYL
CRoley she Also met Carmen who Was Working
at the hotel, Ms. lee also met ms. Joyce-
After speaking with The hotel Manger Ms. Taylor
Ms Lee Told Ms. Taylor That she is Not Sure If
she Is going To be Able To pay For her Room
Ms Taylor Advised Ms. lee That she would MAKE
sure a resavation was done For Ms. Lee everyday
and That she would only have, To pay $7.00 A
Day Because she had been There More Than
30 days and Now she Is Tax Free, For about
Two weeks was paying For her Room everyday
Tamla TAYOR and DARYL CRoley Both Allowed
Ms. Lee To Leave her property in her Room
And pay For her Room once she Returned
Back To The property Ms. Taylor spoke with
Ms Lee and Told her That she would Take her
out of The hotel System, But she will be
Able To Stay In Room # 128 And That Ms.

## Macarthur Park ------------------------------------------------------- 513.683.5081
665 Park Avenue, Suite K-1; Loveland, OH 45140
Website: *http://www.lhp.net/our-communities/*
- One, two, and three-bedroom low-income apartments

## Malvern Apartments -------------------------------------------- 513.241.4504
2026 Eleanor Place, Suite 40; Cincinnati, OH 45219
Website: *http://www.wallickcommunities.com/apartments/apartment.asp?pid=132\**
- One, two, three, and four-bedroom apartments and studios; on bus line

## Model Group --------------------------------------------------------- 513.559.0048
2170 Gilbert Avenue; Cincinnati, OH 45206
Website: *http://www.modelgroup.net/\**
- Manages subsidized and low-income apartments, vouchers and section 8 accepted

## Nelson and Associates ------------------------------------------- 513.961.6011
5181 Natorp Blvd., Suite 140; Mason, OH 45040
Website: *http://www.nelsonasc.com/\**
- Manages subsidized and low-income apartments, vouchers and section 8 accepted

## Over-the-Rhine Community Housing ----------------------- 513.381.1171
114 W 14th Street; Cincinnati, OH 45202
Website: *http://www.otrch.org/\**
- Affordable, low income housing scattered around OTR; historic 3-4 story buildings
- Efficiencies, one, two, three and four-bedroom apartments with fully equipped kitchens
- Efficiencies start at $225
- Rental applications are taken in their office Monday-Wednesday: 10am-3pm

## Page Towers --------------------------------------------------------- 513.579.8384
619 Central Ave # 1; Cincinnati, OH 45202
Website: *http://www.nelsonasc.com/pagetower/outside_home.asp*
- 169 unit Hi-Rise Apartment community under the HUD section 8 program
- One and two bedrooms include gas, electric, water, garbage and sewer

## Paradigm Properties ----------------------------------------------- 513.741.0240
1130 Saint Gregory Street; Cincinnati, OH 45202
Website: *http://www.paradigmcommunities.com/\**
- Provides low income housing for people of any age in Cincinnati and Northern Kentucky

## Provisions Homes ------------------------------------------------ 513.259.5308(5311)
P.O. Box 11369; Cincinnati OH 45211
No website
- Serves men and women living with mental illness, substance abuse and/or AIDS
- The homes are located on the West side of town and in Mt. Healthy
- Provide food, clothes, help with medications, transportation, and assistance with daily living needs and mental support

Lee would Just pay her Cash and give her some Food STAMPS and STeal her certain ITems MS Lee did give MS Taylor her Food STAMP Card MS TAYLOR spent 250.00 WORTH of MS Lee Food STAMPS and she spent 95.00. MS. Lee do The LocaTions where her STAMPS was spent also The is video FooTage. also MS. Lee Have a Copy of her Cash APP where MS. Taylor sent MS Lee Money Twice MS Lee also have her Cell phone call Log with MS. Taylor cell phone calls. MS. Lee WenT To Room # 132 and spoke with @ resident That had been at The hotel FOR awhile MS. Lee Told the resident TWhat Was going ON The resident IN Room # 132 confronted DARYL Croley ABout what MS. Lee Told her, Carmen called MS. Lee from The hotel and Told MS Lee That DARYL Croley said That MS. Lee have To property because she Told the resident in BC About what was going oN MS. Lee reTurned Back To The hotel, where she MeT With Daryl, Carmen and Tamla, MS. Lee was Moved To anoTher one in The back @FF The hotel, MS. Tamla Taylor did NoT Want MS Lee around Room 132. The next Day MS. Lee Moved Back To Room # 128 when MS Lee LefT The hotel and Came Back she NoTiced That some one been iN her Room and That she was missing 3 Wigs, MS Lee did Call and Tell The hotel Manger MS Taylor Who Thought It Was Funny. MS Lee TheiN Learned That Carmen who Was Working at The hotel

Fulton-Chateau Apartments ----------------------------------- 513.559.9119
900 Rue De La Paix; Cincinnati, OH 45220
Website: *http://www.wallickcommunities.com/apartments/apartment.asp?pid=129*\*
- One and Two Bedroom apartments at scattered sites around Cincinnati

Gateway Plaza -------------------------------------------------- 513.726.3307
400 W 9th Street; Cincinnati, OH 45203
Website: *https://www.edgewoodmgmt.com/*
- Subsidized low-income housing

Glen Meadows ------------------------------------------------- 513.631.3032
7076B Glen Meadows Lane; Cincinnati, OH 45237
Website: *http://www.wallickcommunities.com/apartments/apartment.asp?pid=152*\*
- One, two, three-bedroom apartments (includes window A/C units)

Greentree Village --------------------------------------------- 513.528.1284
101 Newlun Court; Cincinnati, OH 45244
Website: *http://www.wallickcommunities.com/apartments/apartment.asp?pid=12*
- Two, three, and four-bedroom townhomes and one and two-bedroom apartments

Haddon Hall Apartments ---------------------------------- 513.281.7722
3418 Reading Road; Cincinnati, OH 45229
Website: *http://www.wallickcommunities.com/apartments/apartment.asp?pid=135*\*
- Efficiencies and one-bedroom apartments; pet friendly; bus line

Hollister House ----------------------------------------------513.651.5747
21 West McMillian Street; Cincinnati, OH 45219
Website: *http://www.wallickcommunities.com/apartments/apartment.asp?pid=137*\*\*
- One-bedroom apartments; pet friendly; on bus line

Housing & Urban Development (HUD) --------------------- 513.684.3451
Website: *http://www.hud.gov/apps/section8/step2.cfm?state=OH,Ohio*
- HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all Hamilton, Butler, and Clermont Counties
- To find affordable housing, go to: *http://www.gosection8.com/*\*

LJF Management ------------------------------------------- 513.688.0104
45255 Mt Carmel Tobasco Rd # 6, Cincinnati, OH
No website
- Low income and subsidized housing, accepts section 8
- Two properties that accept low income: Milford (three-bedroom apartments and four-bedroom townhouses) and Seven Hills (two and three-bedroom townhouses)

Loveland Pines Apartments ----------------------------------- 513.677.1972
112 Englage Road; Loveland, OH 45140-2599
Website: *http://www.publichousing.com/details/loveland_pines_apartments*\*
- A family low-income apartment subsidized by HUD

27

Wasn't even Allowed To be Working at The hotel because she Stole Money From the hotel and that she was a wanted person And that she was in a relationship with daryL, MS. Joyce who works at the hotel Told MS. Lee This also it was recorded on June 6th 2022 The resident in 132 paid with her Credit card For Two days For MS. Lee, AFTer MS Lee complained About her Things being Stolen and how MS Taylor never had a Audit done on her room. and MS Lee Called the springdale police and Thats when MS. TAYOR did the report only because Ms.lee called Coorperate and the police, MS. Tamala Taylor REFunded the payment back To The resident Credit Card. Without her permission. Soley because she was upset because MS. Lee Called Coorperate DARYL and Tamala TAYLOR both Advised MS Lee if she wanTed To stay at The hotel she would have To pay $82.46 so This shows That MS. Taylor and DARYL Was doing illegal activitys at The hotel, Ms Lee called The springdale police who Arrived MS. Tamala TAYLOR Lied To The police officers Telling Them That MS. Lee had only been at The hotel For TWO weeks. The officers also Talked To The resident in Room 132 she staTed she never gave MS Taylor permission To refnd The Money The police called coorperate Thats when They Told The officers That MS Lee have been at The property since May-23. 2022 please NOTE MS. Lee Never LeFT The property. Ms Lee also Told The officers About Carmen

## Community Action Agency ------------------------------------- 513.569.1840
1740 Langdon Farm Road; Cincinnati, OH 45237
Website: *http://www.cincy-caa.org/*
- Eight-unit temporary home complex (average stay 2 years) for individuals and families transitioning from homelessness to self-sufficiency
- Residents participate in a 16-week training program where they receive counseling on how to eliminate debt, utilize available resources, and develop a more positive outlook on life
- Residents also receive assistance with clothing, food, furniture, job readiness training/referrals/placements, career counseling, adult literacy classes, GED services, and computer training
- Families must: Earn an income at or below 125% of the Federal Poverty Guidelines; Be a Hamilton County resident; Be homeless; Have a Head Start age child/children (2-4 years old); and have structured goals, such as seeking to improve their education or employment skills

## Cutter Apartments -------------------------------------------------- 513.241.4504
2026 Eleanor Place, Suite 40; Cincinnati, OH 45219
Website: *http://www.wallickcommunities.com/apartments/apartment.asp?pid=130*
- Mix of efficiency, one, two, and three-bedroom apartments and townhomes; on bus-line

## Dean Wilkerson ----------------------------------------------------- 513.617.7924
8109 Vine Street; Cincinnati, OH 45216
No website
- Private landlord who accepts people with felonies and sex offenses
- Sleep Rooms for men only

## Downtown Property Management ---------------------------- 513.665.4376
8322 Arborcrest Drive; Cincinnati, OH 45236
Website: *http://downtownpropertymanagement.com/*
- Call for a listing of their available properties
- Vouchers and Section 8 accepted

## Fairfield Homes, Inc. -------------------------------------------- 513.922.7934
Website: *http://www.fairfieldhomesohio.com/*
- Some apartments are voucher and Section 8 appointed

## Field Terrace Apartments -------------------------------------- 513.818.6033
3771 Robb Avenue; Cincinnati, OH 45211
No website
- One Bedroom: $575 (includes heat and water); Two Bedroom: $675 (includes heat and water); $300 deposit
- Swimming pool; laundry facilities; No elevator
- No income requirements; senior living

## Folkers Management Corporation --------------------------- 513.421.0230
898 Walnut Street, Suite 1302; Cincinnati, OH 45202
No website
- Manages subsidized housing in Ohio and Kentucky

who was at The hotel in a Room hiding both Ms Taylor and Daryl Lied To The officers and Told Them That Carmen wasn't at The hotel MS. Taylor also lied To The officers Telling Them That she doesn't know Ms. Lee and wanted Ms Lee off The property ASAP. after The police officer did there Investigation, They Advised Ms Taylor and daryl That The matter is a civil Issue Now and they would have To Evict Ms. Lee Thats when Ms. Lee was Locked out of her Room around 2 AM Lee got in her room she Found a Master key That Daryl gave her & Ms Lee Called Coorperate over 10 Times and Explained To Them What was going on she was Told That the hotel Manger noted That The hotel made a Mistake and Excepted Cash So she STarted over Ms Lee STay. Please Note Ms Taylor only did This To cover her Self- ON 6-7-2022 employee Lied To springdale police and Called Them and Told Them That Ms. Lee Threeten him by Telling Ms. Joyce That her brothers was Coming To The Hotel To do Something To her The police Came And spoke To Ms Lee and Left, Ms Taylor ~~Staff~~ Noted That There's a ongoing issue with Room 128 and That I threeten daryl MS Taylor Poley did This To Make it look like Ms Lee was causing a problem at The Hotel, Ms lee is also sueing the hotel of N because they close The case and only

**Benchmark Management of Ohio, Inc.** --------------------- 800.876.6275
Multiple local apartments
Website: *http://www.benchmarkgrp.com/*
- Low income and subsidized housing

**Brickstone Properties** ---------------------------------------- 513.421.6999
21 W. 13th Street; Cincinnati, OH 45202
Website: *http://brickstone.net/default.html*
- Manages low income, subsidized, and section 8 apartments

**Buddy's Place Supportive Housing** ------------------------- 513.381.1171
**Over-the-Rhine Community Housing**
114 West 14th Street; Cincinnati, OH 45210
Website: *http://otrch.org/want-to-be-a-resident/properties/*
- 20 Furnished permanent apartments for homeless men and women
- To qualify, you must be single, homeless, and low-income
- Rent is subsidized through CMHA and all utilities are included
- Off-site case management provided and off-street parking available

**Centennial Estates Co-op** ------------------------------------- 513.733.4700
9801 Mangham Drive; Cincinnati, OH 45215
Website: *http://www.athomenet.com/centennialestates/outside_home.asp*
- Offers Section 8 and contract based subsidy

**Cincinnati Metropolitan Housing Authority** ------------------ 513.977.5800
1627 Western Avenue; Cincinnati, OH 45214
Website: *http://www.cintimha.com/*
- Operates 12 high-rise buildings, 3 large family communities, numerous small family communities and many single-family homes throughout Hamilton County
- Residents pay 30% of adjusted gross income
- Housing Choice Voucher Program, Section 8, and Senior Housing

**Craigslist** ------------------------------------------------------ No Number
Website: *http://cincinnati.craigslist.org/*
- Apartment listings for rent in the Greater Cincinnati Tri-State Area

**Colonial Village** ----------------------------------------------- 844.754.2429
3614 Irving Street; Cincinnati, OH 45220
Website: *https://www.apartmentfinder.com/Ohio/Cincinnati-Apartments/Colonial-Village-Apartments*
- Contract based subsidized housing, do not have to have a voucher to get subsidy
- Townhomes based on income for individuals or families

25

spoke To MS. Taylor No Investigation was done although There have been a number of complaints made To coorperate Both employees Lied There Have been alot of Crimnal activity at The hotel MS Taylor and daryl WAU is renting out rooms and getting paid under The TABle, They are over charging people credit cards Theve are drugs on the property all The employees smoke weed MS TAYX MS Lee also spoke To Someone from ESA Claims. Who Sent ms lee a Email Telling her She would be out of The office untill May , and May have past So coorperate OR ESA Claims department havent Took ms. Lee oR her Claims Serovis. so Now a lawsuit been Filed. MS TAYLOR have Told a host of lies To coorperate, all This have made ms lee depressed also Included in This Fax Is. copies of MS. Cash App. Also The Email from ESA Claims office There is alot of other Evidence Thats NOT Ihcuded iN This Fax But its Included iN the LawsuIT.

XX Shee 4-16-2022

PLease NoTe There are still alot of ComplainTs From Residents at The HoTel, MS. TAYOR and DaryL, are STealing The Money That is paid For dog Fees. also MS JoRce Works at The hoTel is being allowed To dRink and do dRugs While she is at WORK coorperate Refuses To InvestigaTe any Claims.

# Low Income Permanent Housing

***Applicants to the following programs should bring a picture ID, SS card or printout, and birth certificate for themselves and any other adult or child living with them***

**Counties by page number**

**OH:** **Hamilton:** 24-30 **Butler:** 30-32 **Clermont:** 32-33 **Adams & Brown:** 33-35
**KY:** **All 8 NKY:** 35-40
**IN:** **Southeast Counties:** 40-42

*Links will take you to non-VA Websites. The VA does not endorse nor is responsible for the content on the sites.
*Info is subject to change without notice. Please contact providers directly.

## OHIO: HAMILTON COUNTY
## LOW INCOME PERMANENT HOUSING

**Apartment Home Living** ----------------------------------------- No Number
Website: *http://www.apartmenthomeliving.com/*
Apartment listings for rent in the Greater Cincinnati Tri-state area
Updates daily

**Apex Properties** ---------------------------------------------- 513.242.0719
4851 Paddock Road; Cincinnati, OH 45237
No website

**Arts Department at Music Hall Apartments** ---------------- 513.381.7356
845 Ezzard Charles Drive; Cincinnati, OH 45203
Website: *http://www.artsatmusichall.com/\**
- One-bedroom apartments starting at $545 ($200 deposit), 2 bedroom: $625 ($555 deposit), 3 bedroom: $695 ($645 deposit)
- $25 application fee

**Ashwood Apartments** ------------------------------------------- 513.541.3000
1717 Casey Drive; Cincinnati, OH 45223
No website
- Provides low income housing

**Beechwood Villa** ----------------------------------------------- 844.552.8960
4704 Beechwood Road; Cincinnati, OH 45244
Website: *http://lawlerwoodhousing.com/our-communities/ohio/\**

24