**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Antoine J. Lee
*a/k/a:* Whitney Lee,

    Plaintiff,

        v.                          Case No.   1:22cv353

ESA Suites, *et al.*,                  Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on 6/23/2022 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Karen L. Litkovitz.

    **IT IS SO ORDERED.**

                                              s/*Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court