**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Antoine J. Lee,
*a/k/a:* Whitney Lee,

    Plaintiff,

        v.                                     Case No.   1:22cv353

ESA Suites, e*t al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation (Doc. 4) are adopted. The case is DISMISSED with prejudice for want of prosecution.

Date: July 12, 2022                         Richard W. Nagel, Clerk
                                                    Clerk

                                        By:   *s/ Krista Zeller*
                                                      Deputy Clerk